

Filed
DEC 11 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# United States District Court
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 06-00545-1 MJJ |
| Jorge Torres-Torres ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _December 15, 2006_ be continued until _February 2, 2007_ at _2:30 p.m._ .

Date: _12/7/2006_

Martin J. Jenkins
United States District Judge

NDC-PSR-009 12/06/04